| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robert C Hilliard |
| Debtor 2 (Spouse, if filing) | Mary Lou Hilliard |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 18-02070 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/12/2018

**Last 4 digits** of any number you use to identify the debtor's account: 5799

**New total payment:** $ 902.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ■ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ■ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %   New interest rate: _____ %
   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ■ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: NUMBER OF DAYS IN THE BILLING CYCLE CHANGED

   Current mortgage payment: $ 917.26   New mortgage payment: $ 902.82

| Debtor 1 | Robert C Hilliard | Case number (if known) 18-02070 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Leah R. Turner
Signature

Date 09/18/2018

Print: Leah R. Turner

Title: AVP; Bankruptcy Specialist

Company: Bank of America

Address: 4161 PIEDMONT PKWY, BANK OF AMERICA TRIAD CENTE
Number   Street

Greensboro, NC  27410
City   State   ZIP Code

Contact phone (336) 854-6458

Email leah.r.turner@bankofamerica.com

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA ( HARRISBURG DIVISION)

Chapter: 13 No. 18-02070
Judge: HENRY W. VAN ECK

In re:

Robert C Hilliard

Mary Lou Hilliard

Debtor(s).

# CERTIFICATE OF SERVICE

I hereby certify that on 09/18/2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Robert C Hilliard
1202 Bent Creek Blvd
Mechanicsburg, PA 17050-1823

Co-Debtor: Mary Lou Hilliard
1202 Bent Creek Blvd
Mechanicsburg, PA 17050-1823

Debtor's Attorney: DEBORAH A. HUGHES
2080 Linglestown Rd Ste 201
Harrisburg, PA 17110-9670

Trustee: CHARLES J DEHART, III
8125 Adams Dr Ste A
Hummelstown, PA 17036-8625

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com